AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Anshon M. HILL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:21-mj-107<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 15, 2021__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(9) | Knowingly Possess a Firearm After a Conviciton for Domestic Violence |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO SAMUEL CHAPPELL, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __February 18, 2021__

City and state: __Columbus Ohio__

_____
Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Anshon M. HILL**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Anshon M. HILL for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(9) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that HILL committed this offence.

4. On or about January 15, 2021 uniformed Columbus Division of Police Officers were dispatched to 402 N Monroe Ave. Columbus Ohio on a report of domestic violence. The caller who stated the father of her children Anshon HILL had struck her in the face and that he had a gun in a book bag.

5. Once at scene officers observed HILL standing in the street in front of 402 N Monroe Ave. HILL was standing near a book bag which was on the ground. Officers approached and made contact with HILL. Officers asked HILL if he had any weapons on him. HILL responded he did not but he did have a firearm in his book bag. HILL pointed at the book bag on the ground. HILL also told officers that he had just been convicted of domestic violence. HILL stated that the firearm was loaded but the safety was on. Officers detained HILL.

6. Officers went to the book bag and removed a loaded Ruger model 9E 9mm pistol bearing serial number 337-23023 from the book bag. A records checked showed the firearm had been reported stolen on February 10, 2020. HILL was arrested and transported to CPD HQ for processing.

7. A Columbus Division of Police Gun Unit Detective read HILL his constitutional rights. HILL agreed to speak with the detective. HILL stated that he had been arguing with his child's mother. HILL got his belongings to leave when she called the police. HILL admitted to carrying a loaded pistol in his bag.

8. HILL was prohibited from possession of a firearm based upon having been previously convicted of a misdemeanor crime of domestic violence:

**PROBABLE CAUSE AFFIDAVIT**
**Anshon M. HILL**

    a. Franklin County Ohio Municipal Court Case 2020CRB014174 for domestic violence.

9. Your Affiant confirmed via ATF resources that the aforementioned firearm seized from HILL on or about January 15, 2021 was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

10. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

11. Based on this information, your affiant believes probable cause exists that HILL knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Ruger model 9E 9mm pistol bearing serial number 337-23023 and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(9) and 924(a)(2).

_____
ATF TFO Samuel Chappell

February 18, 2021

Sworn to and subscribed before me this day of _____, _____, at _____ Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge